```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 20323
    CARLOS FARIAS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-1757


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/20/2005 and was confirmed 07/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.39%.

     The case was paid in full 01/08/2009.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
AFNI                        NOTICE ONLY    NOT FILED           .00            .00
CAPITAL ONE                 UNSECURED      NOT FILED           .00            .00
ISAC                        NOTICE ONLY    NOT FILED           .00            .00
ILLINOIS DEPARTMENT OF E    UNSECURED      NOT FILED           .00            .00
ISAC                        NOTICE ONLY    NOT FILED           .00            .00
KAREN SIMMONS               UNSECURED      NOT FILED           .00            .00
PROVIDIAN                   UNSECURED      NOT FILED           .00            .00
CHICAGO TRAUMA CARE         FILED LATE       8879.52           .00            .00
SAFETY & FINANCIAL RESP     NOTICE ONLY    NOT FILED           .00            .00
US CELLULAR                 UNSECURED      NOT FILED           .00            .00
ISAC                        UNSECURED       53156.84           .00       10838.51
CAPITAL ONE                 UNSECURED         185.32           .00          37.79
LEEDERS & ASSOCIATES LTD    DEBTOR ATTY    2,100.00                       2,100.00
TOM VAUGHN                  TRUSTEE                                         847.71
DEBTOR REFUND               REFUND                                          424.99

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            14,249.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                10,876.30
ADMINISTRATIVE                            2,100.00
TRUSTEE COMPENSATION                        847.71
DEBTOR REFUND                               424.99
                   -------------       -------------
TOTALS             14,249.00             14,249.00


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 20323 CARLOS FARIAS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 05 B 20323 CARLOS FARIAS